FILED:  March 21, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-145
(4:96-cr-00053-MR-10)

_____

In re: CEDRIC HUSKEY

Movant

_____

O R D E R

_____

Movant has filed a motion under 28 U.S.C. § 2244 for an order authorizing

the district court to consider a second or successive application for relief under 28

U.S.C. § 2255.

The court denies the motion.

Entered at the direction of Senior Judge Hamilton, with the concurrence of

Judge Davis and Judge Keenan.

For the Court

/s/ Patricia S. Connor, Clerk